UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SHAUN FREDERICK,    Plaintiff,    v. BETH TALBOTT,    Defendant. | Civ. No. 05-4422 (GEB) **ORDER** |

This matter comes before the Court upon defendant Beth Talbott's ("Defendant") motion to dismiss plaintiff Shaun Frederick's ("Plaintiff") Complaint for lack of jurisdiction and for failure to state a claim upon which relief can be granted [3]. The Magistrate Judge's April 11, 2006, Report and Recommendation recommended dismissal of Plaintiff's case on both of those bases. The Court construes Plaintiff's submission of the Magistrate Judge's Report and Recommendation marked "Refused for Cause" on each page as an objection to the entirety of the Report and Recommendation.

The Court having decided the motion based on the parties' submissions and the Magistrate Judge's Report and Recommendation entered April 11, 2006; and the Court noting that Plaintiff failed to specifically identify the portions of the Report and Recommendation to which objection is made, pursuant to Local Civil Rule 72.1(c)(2); and the Court authorized to accept in whole the recommendations set forth in the Report and Recommendation, pursuant to Rule 72.1(c)(2); and for good cause shown;

IT IS this     31st     day of May, 2006;

ORDERED that for the reasons set forth in the Magistrate Judge's April 11, 2006, Report

and Recommendation, Defendant's motion to dismiss Plaintiff's Complaint [3] is GRANTED; and it is further

ORDERED that this case is dismissed with prejudice and shall be marked CLOSED.

                                                   s/ Garrett E. Brown, Jr.
                                              GARRETT E. BROWN, JR., U.S.D.J.